**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEON LAVELL WHITE, 1572179,** ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | No. 3:14-CV-0778-D | |
| ) | (Fifth Circuit No. 15-10639) | |
| **WILLIAM STEPHENS, Director, TDCJ-CID,** ) | | |
| Respondent. ) | | |

## ORDER

After conducting *de novo* review, the court finds that the October 21, 2015 findings, conclusions and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court. Accordingly, the court therefore finds that the petitioner delivered the notice of appeal to prison officials for mailing on June 30, 2015, i.e., after June 26, 2015. He therefore filed his notice of appeal after June 26, 2015.

It is ordered that the clerk of court transmit a copy of this order to the clerk of the United States Court of Appeals for the Fifth Circuit in accordance with the usual procedure.

**SO ORDERED**.

November 30, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE